IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTWOINE GILES, # 250277, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-CV-980-WKW [WO] |
| | ) |
| KENNETH JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 19, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 30.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that the case is DISMISSED without prejudice.

DONE this 7th day of December, 2010.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE